IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>              Plaintiff,<br><br>vs.<br><br>FAIRMOUNT AUTOS et al.,<br><br>              Defendants. | Case No.:07 cv 0226 JAH (POR)<br><br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge Louisa S. Porter or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the parties arising out of the settlement Agreement, including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.  The terms of the Settlement Agreement are hereby incorporated in this Order.

**IT IS FURTHER ORDERED** that the Complaint in USDC Case No. 07 CV 226 JAH (POR) is hereby dismissed in its entirety and with prejudice.  The Parties shall each bear its, his or her own costs

1 | and fees, except as otherwise set forth in the Settlement
2 | Agreement, which is **incorporated herein by reference.**
3 |
4 | DATED: July 27, 2007
5 |                                          _____
6 |                                          HON. JOHN A. HOUSTON
                                             United States District Judge

2